THE TIDRICK LAW FIRM
STEVEN G. TIDRICK, SBN 224760
2039 Shattuck Avenue, Suite 308
Berkeley, California 94704
Telephone: (510) 788-5100
Facsimile: (510) 291-3226
E-mail: sgt@tidricklaw.com

Attorneys for Individual and Representative Plaintiffs Richard Fontenberry, Hunter Blaine, and Keith Ward

**FILED**

MAR 20 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FONTENBERRY, HUNTER BLAINE, and KEITH WARD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MV TRANSPORTATION, INC.; and DOES 1-20,<br><br>Defendants. | Civil Case No.: 2:12-cv-01996-JAM-JFM<br><br>[~~PROPOSED~~] JAM ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>Date:       March 20, 2013<br>Time:      9:30 a.m.<br>Courtroom: 6<br><br>The Honorable John A. Mendez |

1

# JAM ORDER

After reviewing the papers submitted by the parties, and the oral arguments presented by counsel, the Court rules as follows:

Good cause having been shown, Plaintiffs' motion for leave to file a second amended collective and class action complaint ("SAC") is GRANTED. Plaintiffs shall file the SAC within ten (10) days of this Order. Defendant shall file its responsive pleading within twenty (20) days after the SAC is filed.

IT IS SO ORDERED.

DATE: 3-20-2013

HON. JOHN A. MENDEZ