1  THE TIDRICK LAW FIRM
   STEVEN G. TIDRICK, SBN 224760
2  2039 Shattuck Avenue, Suite 308
   Berkeley, California  94704
3  Telephone:  (510) 788-5100
   Facsimile:   (510) 291-3226
4  E-mail:       sgt@tidricklaw.com

5  Attorneys for Individual and Representative
   Plaintiffs Richard Fontenberry, Hunter
6  Blaine, and Keith Ward

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| RICHARD FONTENBERRY, HUNTER BLAINE, and KEITH WARD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MV TRANSPORTATION, INC.; and DOES 1-20,<br><br>Defendants. | Civil Case Number:  2:12-cv-01996-TLN-JFM<br><br>**PLAINTIFFS' NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS, SPECIFICALLY, EXHIBITS B AND C TO DECLARATION OF STEVEN G. TIDRICK, ESQ. IN SUPPORT OF MOTION FOR APPROVAL OF *HOFFMANN-LA ROCHE* NOTICE; [PROPOSED] ORDER**<br><br>The Honorable Troy L. Nunley |

---

PLAINTIFFS' NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS, SPECIFICALLY, EXS. B AND C TO DECL. OF STEVEN G. TIDRICK, ESQ. IN SUPPORT OF MOTION FOR APPROVAL OF *HOFFMANN-LA ROCHE* NOTICE; [PROPOSED] ORDER

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiffs request that the following documents be filed under seal, if the Court finds that such treatment is warranted:

- **Exhibit B** to the Declaration of Steven G. Tidrick, Esq. in Support of Motion for Approval of *Hoffmann-La Roche* Notice (**Docket No. 52**): MV's "New Transit Operator Development" Guide (MVF000738 - MVF000974); and
- **Exhibit C** to the Declaration of Steven G. Tidrick, Esq. in Support of Motion for Approval of *Hoffmann-La Roche* Notice (**Docket No. 52**): MV's "Employee Handbook & Employment Guidelines" (MVF001000 - MVF001038)

The only basis for sealing is that the documents were labeled "Confidential" by Defendant MV at the time of production pursuant to the Protective Order in this matter. (Docket No. 36). Plaintiffs do not believe that the documents warrant confidential treatment. On information and belief, MV has broadly distributed the documents to the thousands of bus operators whom MV employs with no instruction to the employees to keep them confidential.

Pursuant to E.D. Cal. Local Rule 141, this Notice of Request and Request to Seal Documents, proposed order, and the documents themselves, have been e-mailed to Judge Nunley's proposed orders e-mail box, with the e-mail subject line including the case number and the statement: "Request to Seal Documents," and cc'd to counsel for Defendant MV at the e-mail addresses registered with the Court's ECF system for this matter.

DATED: July 22, 2013                          Respectfully submitted,

                                              THE TIDRICK LAW FIRM

                                        By:   /s/ Steven G. Tidrick
                                              STEVEN G. TIDRICK, SBN 224760
                                              THE TIDRICK LAW FIRM
                                              2039 Shattuck Avenue, Suite 308
                                              Berkeley, California  94704
                                              Telephone:  (510) 788-5100
                                              Facsimile:   (510) 291-3226
                                              E-mail:      sgt@tidricklaw.com

                                              Attorneys for Individual and Representative
                                              Plaintiffs Richard Fontenberry, Hunter
                                              Blaine and Keith Ward

1
PLAINTIFFS' NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS, SPECIFICALLY, EXS. B AND C TO DECL. OF STEVEN G. TIDRICK, ESQ. IN SUPPORT OF MOTION FOR APPROVAL OF *HOFFMANN-LA ROCHE* NOTICE; [PROPOSED] ORDER

1  **[PROPOSED] ORDER**

2  Having considered Plaintiffs' Request to Seal Documents, any response received

3  within three (3) days of the date of service of the Notice of Request to Seal Documents

4  pursuant to E.D. Cal. Local Rule 141, the documents at issue that were labeled by Defendant

5  as "Confidential," the relevant statutory and case law, including Fed. R. Civ. P. 5.2, and the

6  protective order in this case (Docket No. 36), the Court [**GRANTS / DENIES**] Plaintiffs'

7  Request to Seal Documents and finds and orders as follows:

8  [  ]  The Court finds that the documents at issue do not warrant being filed under seal.

9  Plaintiffs are ordered to file the documents in the publicly available case file.

10  **OR**  [  ]  The Court finds that the documents at issue should be filed under seal.  Plaintiffs

11  are ordered to file the documents under seal.

12  It is so ORDERED.

14  DATE: _____           _____
The Honorable Troy L. Nunley
15  United States District Court

2

PLAINTIFFS' NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS, SPECIFICALLY, EXS. B AND C TO DECL. OF
STEVEN G. TIDRICK, ESQ. IN SUPPORT OF MOTION FOR APPROVAL OF *HOFFMANN-LA ROCHE* NOTICE; [PROPOSED] ORDER