1  STEVEN G. TIDRICK, Bar No.
   THE TIDRICK LAW FIRM
2  2039 Shattuck Avenue, Suite 308
   Berkeley, CA 94704
3  Telephone:   510.788.5100
   Facsimile:    510.291.3226
4
   Attorneys for Plaintiffs
5  RICHARD FONTENBERRY, HUNTER BLAINE,
   and KEITH WARD
6

7  JULIE A. DUNNE, Bar No. 160544
   DAWN FONSECA, Bar No. 259405
8  LITTLER MENDELSON, P.C.
   501 W. Broadway, Suite 900
9  San Diego, CA 92101.3577
   Telephone:   619.232.0441
10 Facsimile:    619.232.4302

11 Attorneys for Defendant
   MV TRANSPORTATION, INC.
12

13                     UNITED STATES DISTRICT COURT

14                     EASTERN DISTRICT OF CALIFORNIA

15

16 | RICHARD FONTENBERRY, HUNTER | Case No. 12-CV-01996-TLN-JFM |
   | BLAINE, and KEITH WARD, on behalf of | |
17 | themselves and all others similarly situated, | **STIPULATION TO CONTINUE DATE OF HEARING ON MOTION FOR APPROVAL** |
   | Plaintiffs, | **OF *HOFFMAN-LA ROCHE* NOTICE;** |
18 | | **ORDER THEREON** |
19 | v. | Trial Date:   None Set |
20 | MV TRANSPORTATION, INC.; and | |
   | DOES 1-20, | |
21 | | |
   | Defendants. | |
22

23

24        Pursuant to Local Rules 143-144 and 230(f), the Parties seek to continue the hearing on

25 Plaintiffs' Motion for Approval of *Hoffmann-La Roche* Notice. Accordingly, the Parties stipulate:

26        1.     Plaintiffs filed their Motion for Approval of *Hoffmann-La Roche* Notice on July 22,

27 2013, and set the matter for hearing on September 5, 2013 at 2:00 p.m.

28 / / / /

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

FIRMWIDE:122171347.1 072247.1003

STIPULATION TO CONTINUE HEARING
DATE; ORDER THEREON

2. Since that time, the Parties have determined that, to conserve the resources of both the Court and the Parties, the Parties should submit the case to mediation in an effort to reach a settlement.

3. Accordingly, the Parties have met and conferred regarding the conditions under which Plaintiffs and MV Transportation are willing to submit the case to mediation and have agreed that, assuming the Court will approve, the hearing date on Plaintiffs' Motion should be continued to October 31, 2013, to allow time for the Parties to mediate the case.

4. Indeed, continuing the hearing date will allow the Parties to focus finite resources on pursuing a meaningful mediation, rather than obligating MV Transportation to expend time and energy in opposing Plaintiffs' Motion prior to mediation.

5. The Parties agree that MV Transportation's deadline to oppose Plaintiffs' Motion should therefore be continued to a date 14 days preceding the continued hearing, i.e. October 17, 2013.

Based upon the foregoing, the parties respectfully request that the Court continue the currently scheduled hearing on Plaintiffs' Motion for Approval of *Hoffmann-La Roche* Notice to

////

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

2.

STIPULATION TO CONTINUE HEARING DATE; ORDER THEREON

October 31, 2013 at 2:00 p.m., with MV Transportation's deadline to oppose Plaintiffs' Motion set 14 days before the continued hearing date.

Dated: July 26, 2013                Respectfully submitted,

/s/ Steven G. Tidrick (as authorized on 7/25/13)
STEVEN G. TIDRICK
THE TIDRICK LAW FIRM
Attorneys for Plaintiffs
RICHARD FONTENBERRY, HUNTER BLAINE, and KEITH WARD

Dated: July 26, 2013                Respectfully submitted,

/s/ Dawn Fonseca
JULIE A. DUNNE
DAWN FONSECA
LITTLER MENDELSON, P.C.
Attorneys for Defendant
MV TRANSPORTATION, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 29, 2013

Troy L. Nunley
United States District Judge

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

3.   STIPULATION TO CONTINUE HEARING DATE; ORDER THEREON