IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FONTENBERRY, HUNTER BLAINE, and KEITH WARD, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>MV TRANSPORTATION, INC.; and DOES 1-20,<br><br>            Defendants. | Civil Case Number:  2:12-cv-01996-TLN-JFM<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL**<br><br>Date:     May 8, 2014<br>Time:    2:00 P.M.<br>Courtroom:  2 (15th Floor)<br><br>The Honorable Troy L. Nunley |

The Parties' Joint Motion for Settlement Approval (hereinafter "Motion") came on regularly for hearing on _____, 2014 in the United States District Court for the Eastern District of California, the Honorable Troy L. Nunley presiding.  All parties were represented by counsel.

Having considered the memoranda and declarations, the Memorandum of Understanding, the individual settlement agreements, the arguments of counsel, and the relevant statutory and case law, the Court GRANTS the Parties' Motion and finds and orders as follows:

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL**

1. The Parties' Memorandum of Understanding and the corresponding individual settlement agreements are approved of as fair and reasonable;

2. All of the named and opt-in consent plaintiffs' (collectively, the "Plaintiffs," whose names are identified on Exhibit A attached hereto) claims in this action are dismissed in their entirety, with prejudice;

3. The claims of Hessman Tall and Ricardo Casino are dismissed without prejudice;

4. Defendant will deliver the settlement proceeds to Plaintiffs' counsel for distribution within 20 calendar days after entry of this order.

5. Neither this Order nor any other documents or information relating to the individual settlements in this action shall constitute, be construed to be, or be admissible in any proceeding as evidence: (1) that any group of similarly-situated or other employees may maintain a collective action under the Fair Labor Standards Act or a class action under Rule 23 of the Federal Rules of Civil Procedure, or comparable state law or rules, including but not limited to California Code of Civil Procedure section 382; (2) of any adjudication of the merits of this case or that any party has prevailed in this case; or (3) that Defendant or others engaged in any wrongdoing.

It is so ORDERED.

DATE:_____, 2014.                    _____
                                                 The Honorable Troy L. Nunley
                                                 United States District Court