IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FONTENBERRY, HUNTER BLAINE, and KEITH WARD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MV TRANSPORTATION, INC.; and DOES 1-20,<br><br>Defendants. | Civil Case Number:  2:12-cv-01996-TLN-JFM<br><br>**ORDER**<br><br>The Honorable Troy L. Nunley |

Having considered Plaintiffs' Request to Seal Documents, the documents at issue (settlement agreements), the relevant statutory and case law, including Fed. R. Civ. P. 5.2 and Local Rule 141, the protective order in this case (Docket No. 36), the Court GRANTS Plaintiffs' Request to Seal Documents and finds and orders as follows:

The Court finds that the documents at issue should be filed under seal.  Plaintiffs are ordered to file the documents under seal.

It is so ORDERED.

Dated: March 27, 2014

Troy L. Nunley
United States District Judge